UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

**FILED**

NOV 2 6 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| Madison McCray | CASE NO.  3:25 cv 2401 |
| Plaintiff, | JUDGE: Hon. James Knepp II |
| v. | |
| City of Toledo, | MOTION |
| Defendants. | |

**MOTION TO SUBSTITUTE REDACTED EXHIBIT F**

Plaintiff Madison McCray, pro se, respectfully moves the Court to allow the filing of a redacted version of Exhibit F as the controlling version on the docket, pursuant to Federal Rule of Civil Procedure 5.2. Federal Rule of Civil Procedure 5.2 authorizes redaction of personal identifiers in filings while allowing courts and parties access to necessary information. Allowing the redacted Exhibit F to be the controlling version ensures proper protection of sensitive information while maintaining transparency and fairness in this litigation.

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Permit the filing of the redacted Exhibit F as the controlling version on the docket; and

2. Order that the redacted version be the only publicly accessible version available via PACER.

Respectfully submitted,


Madison McCray

Pro Se Plaintiff

1/2

PO Box 151

Sylvania, OH 43560

mforbizz@proton.me