UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION



FILED
NOV 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Madison McCray

Plaintiff,

v.

City of Toledo,

Defendants.

CASE NO. 3:25cv2401

JUDGE: Hon. James Knepp II

MOTION

**MOTION FOR ELECTRONIC FILING**

Plaintiff Madison McCray, pro se, respectfully moves the Court for permission to file all documents in this action electronically through the Court's CM/ECF system, including future filings, exhibits, and correspondence, for the reasons set forth below:

1. Plaintiff previously submitted correspondence and filings via in-person delivery but seeks the efficiency, accuracy, and official time-stamping benefits of electronic filing for the remainder of this case.

2. Plaintiff did not receive a prior letter from the Court in a timely manner, which nearly caused her to miss a deadline. Electronic filing will ensure immediate confirmation and help prevent future issues.

3. PLaintiff has car troubles, works during the week, and must use the library for access to Wifi and printing, making it difficult to meet deadlines.

4. Defendants are permitted and expected to file electronically under the Court's rules, so allowing Plaintiff to do the same ensures fairness and equal access.

5. Electronic filing will reduce administrative delays, assist the Court in maintaining accurate docket records, and allow Plaintiff to serve and receive pleadings efficiently.

WHEREFORE, Plaintiff respectfully requests that the Court grant general permission for electronic filing for the remainder of this case.

Respectfully submitted,

*[signature]*

/s/ Madison McCray

Madison McCray

Pro Se Plaintiff

PO Box 151

Sylvania, OH 43560

mforbizz@proton.me