IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MADISON MCCRAY,**                                                 CASE NO. 3:25 CV 2401

    Plaintiff,

    v.                                                     JUDGE JAMES R. KNEPP II

**CITY OF TOLEDO,**

    Defendant.                                    **ORDER**

Currently pending in this case are two motions from *pro se* Plaintiff Madison McCray. First, Plaintiff moves to substitute redacted Exhibit F, a police report. (Doc. 10). The Court has reviewed the previous filings on the docket, and no unredacted version of this exhibit appears.[1] As such, this Motion is denied as moot. Second, Plaintiff moves for permission to file electronically in this case. (Doc. 11). She asserts she nearly missed a deadline because she failed to receive a prior mailed notice from the Court in a timely manner. *Id.* at 1. Plaintiff previously made a similar request to file electronically (Doc. 6), which this Court denied (Doc. 7). Plaintiff's Motion is again denied. But again, the Court reiterates that if Plaintiff wishes to receive electronic notifications of case activity, she may complete an application for a "Read Only" account in the Northern District of Ohio electronic filing system. The Court will include a copy of the Pro Se Litigant Registration for Electronic Notification (Read Only) form with the copy of this Order mailed to Plaintiff.

---

1. The attachments to Plaintiff's originally filed Complaint are labeled Exhibits A, B, C, D, E, and H. *See* Docs. 1-4, 1-5, 1-6, 1-7, 1-8. Although Plaintiff's original Complaint references an Exhibit F (*see* Doc. 1, at 13), it was not filed on the docket.

IT IS SO ORDERED.

                                                  s/ *James R. Knepp II*  
                                                  UNITED STATES DISTRICT JUDGE

                                                  Dated: December 2, 2025