FILED

MAY 1 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF OHIO**

**WESTERN DIVISION**

Madison McCray,                                    Case No. 3:25-cv-2401

    Plaintiff,

v.

Officer Chelsea Barwiler, in her individual        REQUEST FOR ELECTRONIC ACCESS

capacity;

Officer Joseph Braun, in his individual capacity;

City of Toledo, Ohio,

    Defendants.


Clerk of Court,

Plaintiff Madison McCray respectfully requests permission to participate in electronic filing through the Court's CM/ECF system in Case No. 3:25-cv-2401.

Plaintiff is proceeding pro se and has been actively litigating this matter, including participating in discovery proceedings and complying with Court deadlines. Electronic filing access would assist Plaintiff in efficiently filing documents, reviewing docket activity, and managing ongoing litigation.

1

In addition, Plaintiff's work schedule, transportation limitations, and inclement weather conditions can make in-person filing and timely mailing more difficult. Electronic filing access would help ensure efficient and reliable compliance with Court deadlines and procedures.

Please advise if any additional forms or procedures are required.


Respectfully submitted,

Madison McCray

Plaintiff, Pro Se

PO Box 151

Sylvania, OH 43650

mforbizz@proton.me

5/13/2026

2