# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**MADISON MCCRAY,**                                CASE NO. 3:25 CV 2401

    Plaintiff,

    v.                                                        JUDGE JAMES R. KNEPP II

**CITY OF TOLEDO, et al.,**

    Defendants.                                      **ORDER**


Currently pending before the Court is *pro se* Plaintiff Madison McCray's Request for Electronic Access. (Doc. 26). Plaintiff's request to file electronically is denied. As stated previously (*see* Doc. 7, at 3), Plaintiff may apply for a "Read Only" account in the Northern District of Ohio Electronic Filing System. Applying for such an account will permit Plaintiff to receive electronic notifications of all case-related filings. The Clerk is directed to include a copy of the Pro Se Litigant Registration for Electronic Notification (Read Only) form with the copy of this Order mailed to Plaintiff.

    IT IS SO ORDERED.

                               s/ *James R. Knepp II*
                               UNITED STATES DISTRICT JUDGE

                               Dated: May 20, 2026